**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

Form odsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 25−11318−TWD
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Day Surgery Companions Services LLC
   aka L Lee Cobb Interiors Renovations
   7743 Seward Park Ave S
   Seattle, WA 98118

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   82−2751784

## ORDER DISMISSING CASE

This matter having come before the Court and based on a review of the records and files herein, it is

ORDERED that this case is dismissed due to:

☑ The debtor's failure to file required schedules.
☐ The debtor's failure to pay the filing fee.
☐ The debtor's failure to attend the meeting of creditors.
☐ The debtor's failure to comply with a show cause order.
☐ The debtor's failure to meet minimum filing requirements.
☐ Other: **The Court is retaining jurisdiction to determine the motion for relief from stay and annulment [#10]**

Any unpaid fees remain due and owing to the Clerk of the Bankruptcy Court.

///End of Order///